In the Matter of the Application of C. MILTON FOREMAN, Relator, for an Order of Certiorari Directed against CLINTON M. FLINT, Mayor, and Others, as and Constituting the Board of Trustees of the Village of Freeport, N. Y., Respondents, to Review an Assessment upon His Property for the Construction of a Cement Sidewalk in Front Thereof and Adjoining the Same.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Application of HARRISBURG TRUST COMPANY, a Mortgagee, for the Payment of Part of the Award Made for Damage Parcel No. 12 on the Damage Map, and in the Final Decree Made in a Certain Proceeding in the Matter of Acquiring Title by the CITY OF NEW YORK to Certain Lands and Premises Consisting of a Block Bounded by Coney Island Avenue, Avenue Z, East Seventh Street, and Manor Court, in the Borough of Brooklyn, City of New York, Duly Selected as a Site for School Purposes According to Law.— Motion to direct payment of award granted. Order signed. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

In the Matter of ———— MARVIN.— Upon investigation we find that nothing has been presented to warrant further action on the part of this court. It appears from the record of the trial that the decision was made upon conflicting evidence. The decision was reversed, and the reversal constituted a complete vindication of Miss Simmons, the complainant. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

In the Matter of the Application of ADELAIDE FLEISCH, Appellant, for a Decree Construing the Last Will and Testament of CAESAR WEISSMANN, Deceased, in the Proceeding by JOHN WILSHEAR and LARRIE H. SASS to Prove the Last Will and Testament of CAESAR WEISSMANN, Late of the County of Kings, Deceased. JOHN WILSHEAR and LARRIE H. SASS, as Executors, etc., of CAESAR WEISSMANN, Deceased, and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Application of HONORA E. WHEELER, Respondent, for a Peremptory Order of Mandamus against CHARLES W. BERRY, as Comptroller of the City of New York, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

ALFRED A. KAHN, Appellant, v. MARION KAHN, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.